FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JAN -4  A 9: 47

CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CANTRELL HILL, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD HILL; VASHITTI BROWN; and TERENCE KILPATRICK, <br><br> Defendants. | CIVIL ACTION NO.: 6:20-cv-23 |

# ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 8. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Eighth Amendment claims and **DENIES** Plaintiff's request for preliminary injunctive relief. Plaintiff's First Amendment claims against Defendants remain pending. Doc. 9.

**SO ORDERED**, this 4th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA