IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CANTRELL HILL, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD HILL; VASHITTI BROWN; and TERENCE KILPATRICK, <br><br> Defendants. | CIVIL ACTION NO.: 6:20-cv-23 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 60. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Second Motion for Summary Judgment.

**SO ORDERED**, this 14th day of March, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA