AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CANTRELL HILL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:20-cv-023

v.

BERNARD HILL; VASHITTI BROWN; and TERENCE KILPATRICK,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 15, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Defendants' Motion for Summary Judgment is granted, and Plaintiff's Complaint is dismissed. Plaintiff is denied leave to proceed in forma pauperis on appeal, and this case stands closed.



| | |
|---|---|
| July 17, 2022 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |